In the Matter of the Claim of ELSIE G. TAFFT, Respondent, against GEORGE L. STAFFORD et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 15, 1935; decided February 26, 1935.)

*Sydney Weitzer* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robi-chon* of counsel), for State Industrial Board, respondent.

*V. D. Stratton* and *H. C. Stratton,* for claimant, respondent.

Order of the Appellate Division and award of the State Industrial Board reversed and claim dismissed, with costs in this court and in the Appellate Division against the State Industrial Board. Held, that there is no evidence that the claimant was injured while in the course of her employment. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.